# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3496
_____

Wyatt W. Rasmussen

*Plaintiff - Appellant*

v.

Dustin Baxter, in his official capacity; Brandon Fleagle, in his official capacity

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Central
_____

Submitted: June 13, 2024
Filed: June 21, 2024
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Wyatt Rasmussen appeals following the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. On appeal, he challenges

_____

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.

the denial of his motion seeking a court-appointed expert to review police audio footage for alteration. We conclude the district court did not abuse its discretion in denying his request. <u>See</u> Fed. R. Evid. 706(a) (permitting court to appoint its own expert witness); <u>see also</u> <u>Petrone v. Werner Enters., Inc.</u>, 42 F.4th 962, 969 (8th Cir. 2022) (recognizing district court's discretion under Rule 706 to appoint expert). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____